IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STEVE FLICKINGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SELENE FINANCE LP, )<br>)<br>Defendant. )<br>) | Case No. _____ |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Selene Finance, LP ("Selene" or "Defendant"), by and through counsel, and while fully reserving the right to object to service, jurisdiction, and venue, and without waiving any other defenses or objections, files this notice of removal of this action from the Chancery Court of Monroe County, Tennessee. Removal is based on jurisdiction conferred by 28 U.S.C. § 1331 because this matter is a civil action that arises out of federal law. Selene therefore respectfully shows as follows:

1. On February 19, 2025, Plaintiff Steve Flickinger ("Plaintiff") filed his initial complaint, bearing Case No. 22.082, in the Chancery Court for Monroe County, Tennessee ("Complaint").

2. On February 25, 2025, Plaintiff served Selene with a copy of his Complaint.

3. A true and correct copy of the Complaint attached hereto as **Exhibit 1**.

4. There are no other defendants to join in or consent to the removal of this action. *See* 28 U.S.C. § 1446(b)(2)(A).

5. The allegations in the Complaint primarily relate to Selene's mortgage loan servicing duties, which are governed by 12 U.S.C. § 2605 of the Real Estate Settlement Procedures Act ("RESPA"). Specifically, Plaintiff pleads that Selene's conduct amounts to violations of RESPA, the Fair Debt Collection Practices Act, and the Fair Credit Reporting Act. (Ex. 1.) Thus, removal to this Court is proper because the allegations in the Complaint arise under, and implicate, federal law, and thus, this Court has original jurisdiction. *See* 28 U.S.C. § 1331.

6. Plaintiff also seeks recovery for breach of contract and for violations of the Tennessee Consumer Protection Act and the implied covenant of good faith and fair dealing (Ex. 1), for which this Court has supplemental jurisdiction. *See* 28 U.S.C. § 1367.

7. This Notice of Removal is furthermore timely under the provisions of 28 U.S.C. § 1446(b), as it is being filed within thirty (30) days of being served with the Complaint. 28 U.S.C. § 1446(b)(1).

8. This action is removable to federal court pursuant to 28 U.S.C. § 1441(a)–(b) because it could have been filed originally in this Court pursuant to federal question jurisdiction conferred by 28 U.S.C. § 1331.

## VENUE

9. Venue for removal is proper in this district and division, the United States District Court for the Eastern District of Tennessee, Knoxville Division, under 28 U.S.C. § 1441(a) because this district and division embraces the Chancery Court for Monroe County, Tennessee, which is the forum in which the state court action was pending.

## NOTICE

10. Pursuant to 28 U.S.C. § 1446(a), a copy of all motions, pleadings, and orders in the state court record, including "all process, pleadings and orders served upon" Selene through this date, are attached hereto as Exhibit 1.

11. Pursuant to 28 U.S.C. § 1446(d), upon filing this Notice of Removal, Selene will send written notice and a copy of the Notice of Removal to Plaintiff and will file a copy of the Notice of Removal with the Clerk of the Chancery Court for Monroe County, Tennessee. A copy of the state court pleading that will be filed to give the State Court notice of this removal has been attached hereto as **Exhibit 2**.

## CONCLUSION

For the reasons stated above, Selene requests that this Court deem this Notice of Removal both good and sufficient, that Plaintiff's Complaint be removed from the Chancery Court for Monroe County, Tennessee, for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in this civil action from said state court, and thereupon, proceed with this civil action as if it had originally been commenced in this Court.

Respectfully submitted,

*/s/ Cole Hodge*
Shaun K. Ramey (BPR 35574)
Cole Hodge (BPR 39337)
McGlinchey Stafford
333 Commerce St., Suite 1425
Nashville, TN 37201
(615) 762-9084 (telephone)
(615) 523-1725 (facsimile)
sramey@mcglinchey.com
chodge@mcglinchey.com

*Attorneys For Selene Finance, LP*

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, I electronically filed the foregoing with the Clerk of the Court through the electronic filing system, and I have served a true and correct copy of the foregoing, via email and/or First Class U.S. Mail, postage paid, to the following:

Jason Mangrum, Esq.
The Law Office of Jason Mangrum
750 Old Hickory Blvd, Building 2, Suite 150
Brentwood, Tennessee 37027
*Attorney for Plaintiff*

                              */s/ Cole Hodge*
                              Of Counsel